**IN THE UNITED STATES DISTRICT COURT**
**FOR THE WESTERN DISTRICT OF PENNSYLVANIA**

| | | |
|---|---|---|
| ALLYSON CALLOWAY, | ) | |
| | ) | |
| Plaintiff, | ) | 2:25-cv-682 |
| | ) | |
| v. | ) | |
| | ) | |
| ADAM DOE; *et al.*, | ) | |
| | ) | |
| Defendants. | ) | |

## ORDER

This *pro se* civil-rights case was referred to Magistrate Judge Christopher B. Brown for proceedings in accordance with the Magistrates Act, 28 U.S.C. § 636, and the Local Rules of Court applicable to Magistrate Judges.

Pending before the Court is the R&R filed by Judge Brown (ECF 26). No objections were filed. On careful review, the Court finds no clear error, and so adopts the R&R as the opinion of the Court. Ms. Calloway's claims at Count II and Count III are dismissed without prejudice, and the rest of Ms. Calloway's claims survive consistent with the R&R. Any amended complaint must be filed by **September 9, 2026**, unless Judge Brown modifies this date.

BY THE COURT:

Dated: August 5, 2026

/s/ J. Nicholas Ranjan
United States District Judge